UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Eduardo Ribas, Jr.　　　　　　　　　　　　Case No.: 25-14304-RAM
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　Debtor　　　　　　　/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Spring Oaks Capital, Llc and Notice of Hearing was sent to all parties on the attached service list on July 19, 2025.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806, Hollywood, FL 33027

First Class Mail:

Debtor(s), Eduardo Ribas, Jr.
141 E 55th St
Hialeah, FL 33013

SPRING OAKS CAPITAL, LLC
c/o WESLEY STALLARD, BK Spec.
PO BOX 1216
CHESAPEAKE, VA 23327−1216

SPRING OAKS CAPITAL, LLC
c/o Timothy Stapleford, CEO
1400 Crossways Blvd Suite 100B,
Chesapeake, VA 23320

SPRING OAKS CAPITAL, LLC
c/o Timothy Stapleford, CEO
1300 E. Main St.
Richmond VA 23219

Respectfully submitted:　　　　　　　**Jose A. Blanco, P.A.**
July 19, 2025　　　　　　　　　　　　By: */s/ Jose A. Blanco* | FBN: 062449
　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　102 E 49th ST
　　　　　　　　　　　　　　　　　　Hialeah, FL 33013,
　　　　　　　　　　　　　　　　　　Tel. (305) 349-3463
　　　　　　　　　　　　　　　　　　E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)