UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Eduardo Ribas, Jr.                                    Case No.: 25-14304-RAM
                                                               Chapter 13

_____Debtor_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Jefferson Capital Systems, Llc and Notice of Hearing was sent to all parties on the attached service list on July 19, 2025.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806 Hollywood, FL 33027

First Class Mail:

Debtor(s), Eduardo Ribas, Jr.
141 E 55th St
Hialeah, FL 33013

Jefferson Capital Systems, Llc
Attn: Joyce Wielenberg, Bk. Spec.
200 14th Ave E
Sartell, MN 56377

Jefferson Capital Systems, Llc
Attn: David Burton, CEO
16 McLeland Road
Saint Cloud, MN 56303

Jefferson Capital Systems, Llc
Attn: David Burton, CEO
200 14th Ave E
Sartell, MN 56377

Jefferson Capital Systems, LLC
Attn: David Burton, CEO
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Respectfully submitted:
July 19, 2025

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)