

**ORDERED in the Southern District of Florida on September 9, 2025.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Eduardo Ribas, Jr.                                     Case No.: 25-14304-RAM
                                                                Chapter 13

_____Debtor_____/

## ORDER SUSTAINING OBJECTION TO CLAIM OF JEFFERSON CAPITAL SYSTEMS, LLC

THIS MATTER having come to be heard without objection on the consent calendar on August 12, 2025, upon Debtor's Objection to Claim of Jefferson Capital Systems, LLC; claim #14 ("Objection") [ECF#34] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is stricken and disallowed.

###

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)