

**ORDERED in the Southern District of Florida on September 17, 2025.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Eduardo Ribas, Jr.                                        Case No.: 25-14304-RAM
                                                                                     Chapter 13

                        Debtor                      /

## ORDER SUSTAINING OBJECTION TO CLAIM OF SANTANDER CONSUMER USA, INC

THIS MATTER having come to be heard without objection on the consent calendar on September 16, 2025, upon Debtor's Objection to Claim of Santander Consumer USA, Inc; claim #8 ("Objection") [ECF#38] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is allowed as filed without distribution from the Chapter 13 Trustee.

                                                     # # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)