UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Eduardo Ribas, Jr.                                           Case No.: 25-14304-RAM
                                                                               Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, the Debtor, Eduardo Ribas, Jr., by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.     On April 18, 2025, the instant case was filed.

2.     On November 5, 2025, Debtor's Second Amended Chapter 13 plan was confirmed.

3.     On May 9, 2025, Santander Consumer USA Inc. (herein "Secured Creditor"), filed secured proof of claim #8 for a 2019 BMW X3 vehicle.

4.     The Debtor was paying this Secured Creditor direct and outside the plan.

5.     The Court entered an Order at ECF#65 sustaining the Debtor's objection and allowed it as filed without distribution from the Chapter 13 Trustee.

6.     The Debtor could not sustain the vehicle and it was surrendered to the Secured Creditor and it was sold at the auction.

7.     On May 15, 2026, Secured Creditor filed an amended claim #8 for a fully unsecured deficiency balance of $11,427.10.

8.     Debtor desires to modify the plan in order to surrender his interest in the vehicle and to have the Chapter 13 Trustee provide for the pro rata share of the Secured Creditor's amended claim.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Debtor's and Nancy K. Neidich, Trustee and U.S. Mail on May 29, 2026 and to all parties on the service list.

Respectfully submitted:  
May 29, 2026

**Jose A. Blanco, P.A.**  
By: */s/ Jose A. Blanco* | FBN: 062449  
Attorney for Debtor(s)  
102 E 49th ST  
Hialeah, FL 33013,  
Tel. (305) 349-3463  
E-mail: jose@blancopa.com